United States Bankruptcy Court
District of Nevada

In re:  
PARNELL COLVIN  
      Debtor

Case No. 17-10614-btb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0978-2     User: valenzuel     Page 1 of 1     Date Rcvd: Feb 13, 2017  
                     Form ID: 309A     Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2017.
db             +PARNELL COLVIN,    6550 LAREDO ST,    LAS VEGAS, NV 89146-5114
10019849       +cox tv,    1700 vegas dr,    las vegas nv 89106-2111
10019853       +las vegas valley water district,    1001 south valley view boulevard,
                 las vegas , nv 89153-0001
10019848       +nv energy,    1737 hunkins dr,    north las vegas,nv 89030-6320
10019852       +waste Management,    7202 ne 42nd ave,    portland,or 97218-1112
10019847       +waste management,    770 e sahare ave,    las vegas, nv 89104-2909
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: FVLNELSON.COM Feb 14 2017 01:38:00      VICTORIA L. NELSON,    3900 PARADISE RD, STE U,
                 LAS VEGAS, NV  89169-0930
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Feb 14 2017 01:43:52      U.S. TRUSTEE - LV - 7,
                 300 LAS VEGAS BOULEVARD, SO.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
10019851        EDI: DIRECTV.COM Feb 14 2017 01:38:00      Direc Tv,    2230 E imperial hwy,
                 el segundo,ca 90345
10019850       +EDI: ESSL.COM Feb 14 2017 01:33:00      Dish Tv,    9601 meridian blvd,    englewood,co 80112-5905
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2017 at the address(es) listed below:
              U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
              VICTORIA L. NELSON    trustee@nelsonhoumand.com,
               cgauss@nelsonhoumand.com;vln@trustesolutions.net;nv29@ecfcbis.com;trustee2@nelsonhoumand.com;trus
               tee3@nelsonhoumand.com
                                                                                              TOTAL: 2
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **PARNELL COLVIN** | Social Security number or ITIN    xxx–xx–0590 |
|  | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
|  |  | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of Nevada | | Date case filed for chapter  7   2/13/17 |
| Case number:    17–10614–btb | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | PARNELL COLVIN | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 6550 LAREDO ST<br>LAS VEGAS, NV 89146 | | |
| 4. | **Debtor's attorney**<br>Name and address | PARNELL COLVIN<br>6550 LAREDO ST<br>LAS VEGAS, NV 89146 | | Contact phone None<br>Email None |
| 5. | **Bankruptcy trustee**<br>Name and address | VICTORIA L. NELSON<br>3900 PARADISE RD, STE U<br>LAS VEGAS, NV 89169–0930 | | Contact phone 702–720–3370 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor  **PARNELL COLVIN** Case number **17–10614–btb**

| 6. **Bankruptcy clerk's office** | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours 9:00 AM – 4:00 PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone (702) 527–7000<br><br>Date: 2/13/17 |
| 7. **Meeting of creditors** | **March 24, 2017 at 08:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101** |
| 8. **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** 5/23/17 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**