NVB 1007-1 (Rev. 12/15)

RECEIVED **MRB**
AND FILED
2017 APR 10  AM 11: 26
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: *(Name of Debtor)*

Parnell Colvin
6550 Laredo St
Las Vegas NV 89146

Debtor(s)

BK- 17106614 BTB

Chapter: 7

VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to to the best of his/her knowledge.

Date 4/10/17                          Signature Parnell Colvin

Date _____                      Signature _____

1

229533 - $31.00

```
Estate of Susan Waters
7352 Misty Glow Ct
Las Vegas,NV 89131


Christine Fiammetta
7352 Misty Glow Ct
Las Vegas,NV89131



Southwest Gas
1374 W. Cheyeene Ave
North Las Vegas,NV 89030
```