Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Telephone:   (702) 720-3370
Facsimile:   (702) 720-3371

*Electronically Filed On: August 9, 2017*

*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PARNELL COLVIN,<br><br>      Debtor. | Case No. BK-S-17-10614-MKN<br>Chapter 7<br><br>**DECLARATION OF VICTORIA L. NELSON IN SUPPORT OF MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707(a) OR, IN THE ALTERNATIVE, MOTION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 4004**<br><br>Date of Hearing:   September 14, 2017<br>Time of Hearing:   11:00 a.m.<br>Place: Courtroom No. 2, Third Floor<br>      Foley Federal Building<br>      300 Las Vegas Blvd., S.<br>      Las Vegas, NV 89101<br><br>Judge: Honorable Laurel E. Davis |

I, VICTORIA L. NELSON, declare as follows:

1.    I am over the age of 18 years and I am competent to make this declaration. I have personal knowledge of the facts set forth herein, except for those facts stated on information and belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I could and would testify as to the matters set forth below based upon my personal knowledge.

2.    I am the appointed Chapter 7 Trustee in the above-captioned bankruptcy case.

. . .

3. I make this declaration in support of the *Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 707(a) or, in the Alternative, Motion to Extend Deadline to Object to Discharge Pursuant to Federal Rule of Bankruptcy Procedure 4004* (the "Motion").[1]

4. On February 13, 2017 (the "Petition Date"), PARNELL COLVIN (the "Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code [ECF No. 1][2].

5. On February 13, 2017, I was appointed as the Chapter 7 Trustee in the Debtor's bankruptcy case.

6. The current deadline to object to the Debtor's discharge was May 23, 2017.

7. The Debtor's bankruptcy case should be dismissed because Debtor has failed to attend several 341 meetings.

8. In the event that the Court does not dismiss the Debtor's bankruptcy case, the deadline to object to the Debtor's discharge should be extended for sixty (60) days from the entry of order granting the Motion. Such an extension of the deadline to object to discharge will provide me with additional time to administer the Debtor's bankruptcy case and determine if there is cause to object to the Debtor's discharge.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 9th day of August, 2017.

/s/ Victoria L. Nelson
Victoria L. Nelson, Chapter 7 Trustee

---

[1] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. The Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of Bankruptcy Procedure will be referred to as "FRBP." The Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules". All defined terms shall have the meaning ascribed to them in the Motion unless set forth herein.

[2] All references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the clerk of the court.