_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 31, 2017

_____

Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Telephone:   (702) 720-3370
Facsimile:    (702) 720-3371

*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PARNELL COLVIN,<br><br>            Debtor. | Case No. BK-S-17-10614-MKN<br>Chapter 7<br><br>**ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707(A) OR, IN THE ALTERNATIVE, MOTION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 4004**<br><br>Date of Hearing:     October 12, 2017<br>Time of Hearing:     11:00 a.m.<br>Place: Courtroom No. 2, Third Floor<br>           Foley Federal Building<br>           300 Las Vegas Blvd., S.<br>           Las Vegas, NV 89101<br><br>Judge: Honorable Mike K. Nakagawa |

This matter came before the Court on the *Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 707(a) or, in the Alternative, Motion to Extend Deadline to Object to Discharge*

-1-

1 *Pursuant to Federal Rule of Bankruptcy Procedure 4004* [ECF No. 35][1] (the "Motion") filed by VICTORIA L. NELSON, the Chapter 7 Trustee appointed in the above-captioned bankruptcy case (the "Trustee"). The Motion sought to dismiss the above-captioned bankruptcy case or, if the case was not dismissed, to extend the deadline to object to the Debtors' discharge. The Motion was filed pursuant to 11 U.S.C. § 707 and Federal Rule of Bankruptcy Procedure 4004.[2]

All appearances were noted on the record at the hearing on the Motion.

The Court reviewed the Motion, the *Declaration of Victoria L. Nelson In Support of Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 707(a) or, in the Alternative, Motion to Extend Deadline to Object to Discharge Pursuant to Federal Rule of Bankruptcy Procedure 4004* [ECF No. 36], the *Notice of Hearing On Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 707(a) or, in the Alternative, Motion to Extend Deadline to Object to Discharge Pursuant to Federal Rule of Bankruptcy Procedure 4004* [ECF No. 37], the *Certificate of Service Regarding Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 707(a) or, in the Alternative, Motion to Extend Deadline to Object to Discharge Pursuant to Federal Rule of Bankruptcy Procedure 4004* [ECF No. 40], the *Response* [ECF No. 53] the exhibits attached thereto, and all the pleadings on file herein.

It appearing to the Court that it is in the best interests of the Estate and its creditors to dismiss the bankruptcy case and upon consideration of the pleadings and arguments of counsel, and based upon the findings of fact and conclusions of law placed on the record at the hearing and incorporated herein pursuant to Federal Rule of Civil Procedure 52, incorporated by reference by Federal Rules of Bankruptcy Procedure 7052 and good cause appearing,

**IT IS HEREBY ORDERED** that:

(1) The Motion is GRANTED in its entirety; and

. . .

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

[2] All defined terms in this Order shall have the same meaning ascribed to them in the Motion unless otherwise provided herein.

(2)    The above-captioned bankruptcy case shall be dismissed pursuant to 11 U.S.C. § 707(a).

**IT IS SO ORDERED.**

Prepared and submitted by:

**CHAPTER 7 TRUSTEE**

*/s/ Victoria L. Nelson*_____
Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Telephone:    (702) 720-3370
Facsimile:    (702) 720-3371

# LOCAL RULE 9021 CERTIFICATE

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The Court has waived the requirements set forth in Local Rule 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the Motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

**Failed to Respond**

_____

Parnell Colvin
6550 Laredo Street
Las Vegas, NV 89146

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

Dated this 26th day of October, 2017.

**CHAPTER 7 TRUSTEE**

*/s/ Victoria L. Nelson* _____
Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Telephone:  (702) 720-3370
Facsimile:   (702) 720-3371

###

-4-