```
                          United States Bankruptcy Court
                                 District of Nevada
In re:                                                        Case No. 17-10614-mkn
PARNELL COLVIN                                                Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: admin                  Page 1 of 1                  Date Rcvd: Nov 01, 2017
                               Form ID: adindsm             Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db             +PARNELL COLVIN,    6550 LAREDO ST,    LAS VEGAS, NV 89146-5114
10073221       #+Christine Fiammetta,    7352 Misty Glow Ct,    Las Vegas,NV 89131-8202
10200270        Equian,   P.O. Box 32710,    Louisville, KY 40232-2710
10073220       +Estate of Susan Waters,    7352 Misty Glow Ct,    Las Vegas,NV 89131-8202
10163293       +Legacy Properties, LLC,    c/o O'Reilly Law Group, LLC,    325 South Maryland Parkway,
                 Las Vegas, Nevada 89101-5320
10200268       +Mickey Griffin,    Legacy Properties LLC,    2550 S. Rainbow #225,    Las Vegas, NV 89146-5176
10080800       +SOUTHWEST GAS CORPORATION,     PO BOX 1498,   VICTORVILLE, CA 92393-1498,
                 BANKRUPTCY DESK 92393-1498
10073222       +Southwest Gas,    1374 W. Cheyeene Ave,    North Las Vegas,NV 89030-7841
10200271       +The Neck And Back Clinic,    8678 W Spring Mountain Rd #130,    Las Vegas, NV 89117-4104
10019849       +cox tv,   1700 vegas dr,    las vegas nv 89106-2111
10019853       +las vegas valley water district,    1001 south valley view boulevard,
                 las vegas , nv 89153-0001
10019848       +nv energy,   1737 hunkins dr,    north las vegas,nv 89030-6320
10019852       +waste Management,    7202 ne 42nd ave,    portland,or 97218-1112
10019847       +waste management,    770 e sahare ave,    las vegas, nv 89104-2909
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10019851        EDI: DIRECTV.COM Nov 02 2017 01:38:00     Direc Tv,    2230 E imperial hwy,
                 el segundo,ca 90345
10019850       +EDI: ESSL.COM Nov 02 2017 01:33:00      Dish Tv,    9601 meridian blvd,    englewood,co 80112-5905
10200269       +E-mail/Text: UMCBankruptNotice@umcsn.com Nov 02 2017 01:38:09       UMC,
                 University Medical Center,    1800 W. Charleston Blvd.,    Las Vegas, NV 89102-2386
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Legacy Properties, LLC,    325 South Maryland Parkway,    Las Vegas
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              TIMOTHY R. O'REILLY    on behalf of Creditor    Legacy Properties, LLC
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com
              U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
              VICTORIA L. NELSON    trustee@nelsonhoumand.com,
               cgauss@nelsonhoumand.com;vln@trustesolutions.net;nv29@ecfcbis.com
                                                                                             TOTAL: 3
```

NVB 1017−1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>PARNELL COLVIN<br><br>    Debtor(s) | BK−17−10614−mkn<br>CHAPTER 7<br><br>NOTICE OF DISMISSAL;<br>NOTICE THAT ALL PENDING HEARINGS<br>ARE VACATED |

On 10/31/17, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 10/31/17

*Mary A. Schott*

Mary A. Schott
Clerk of Court